# SUSSMAN & ASSOCIATES
~Attorneys at Law~

---

| MICHAEL H. SUSSMAN<br>JONATHAN R. GOLDMAN | 1 Railroad Ave. - Suite 3<br>P.O. Box 1005<br>Goshen, New York 10924 | MONICA PONCE-AGREDANO<br>LEGAL ASSISTANT |

**(845) 294-3991**
Fax: (845) 294-1623
sussman1@sussman.law

**MEMO ENDORSED**

**VIA ECF**

November 8, 2022

Hon. Nelson S. Roman, U.S.D.J.
United States District Court
Southern District of New York
Hon. Charles L. Brieant, Jr. U.S. Courthouse
300 Quarropas Street
White Plains, New York 10601

Re:   *Bates v. Falco, et al.*
       No. 21-cv-03009 (NSR/AEK)

Dear Judge Roman,

This office represents the plaintiff in the above-referenced matter. A case management conference with Your Honor is presently scheduled for November 15, 2022. In light of Judge Krause's recent extension of the discovery deadline, including a continued deposition on November 21, 2022, and the fact that a legal issue regarding a discovery dispute between the parties remains *sub judice* with Judge Krause, we respectfully request that the case management conference be adjourned.

We thank the Court for its courtesies and consideration of this request.

Respectfully submitted,

Jonathan R. Goldman

cc: All counsel of record (by ECF)

---

**Endorsement:**

In light of the extension of the discovery deadline and outstanding discovery issue, Pltf's request to adjourn the telephonic Status Conf. from Nov. 15, 2022 until Dec. 15, 2022 at 10:00 am is GRANTED. Counsel are directed to this Court's Order at ECF No. 17 for dial-in instructions. The Clerk of Court is requested to terminate the motion at ECF No. 59.
Dated: White Plains, NY
       Nov. 10, 2022

SO ORDERED:

HON. NELSON S. ROMAN
UNITED STATES DISTRICT JUDGE

---

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/10/2022