UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
BATES,

                        Plaintiff(s),                **ADJOURNMENT ORDER**

      - against -

                                                    21 Civ. 3009 (NSR)

FALCO, et al.,

                        Defendant(s).
-------------------------------------------------------x

NELSON S. ROMÁN, U.S.D.J.:

      The above case previously scheduled for a telephonic Status Conference on December 15, 2022 before the United States District Judge Nelson S. Román, **is hereby adjourned *sine die*** pending resolution of an outstanding discovery issue before United States Magistrate Judge Krause.

                                                      SO ORDERED.

Dated: White Plains, New York
       November 28, 2022

                                                Hon. Nelson S. Román, U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/28/2022